

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00280-CR

———————————————

ALEJANDRO SANTIAGO TOSCANO, Appellant

V.

THE STATE OF TEXAS

On Appeal from County Criminal Court No. 6
Tarrant County, Texas
Trial Court No. 1889928

Before Walker, J.; Sudderth, C.J.; Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: August 6, 2026